UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZAFFERINE AMIT McGILBRA,<br><br>　　　　　Plaintiff,<br>　v.<br>WASHOE COUNTY,<br><br>　　　　　Defendants. | Case No. 3:22-cv-00245-ART-CSD<br><br>ORDER |

　　　　Pro se plaintiff Zafferine McGilbra brings this civil-rights lawsuit to redress constitutional violations that he claims he suffered while detained at Washoe County Detention Facility ("WCDF"). (ECF No. 1-1). Because McGilbra applies to proceed *in forma pauperis*, (ECF No. 4), on August 16, 2022, the Court screened McGilbra's Complaint under 28 U.S.C. § 1915A, dismissing his claims with leave to amend by September 15, 2022. (ECF No. 8). That deadline passed without McGilbra filing an amended pleading or otherwise responding to the Court's screening order. And the Court's mail to McGilbra is being returned as undeliverable. (ECF Nos. 7, 9).

　　　　According to the Washoe County Sheriff's Office inmate database, McGilbra is no longer at the address listed with the Court. The Nevada Department of Corrections inmate database provides that McGilbra is housed at Northern Nevada Correctional Center. McGilbra is cautioned that Nevada Local Rule of Practice IA 3-1 provides that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

It appears that McGilbra did not receive the Court's screening order because he failed to provide the Court his updated address. The Court therefore grants McGilbra a one-time, 30-day extension to file an amended complaint consistent with the Court's August 16, 2022, screening order. McGilbra must also file his updated address with the Court by that deadline.

## I.     CONCLUSION

It is therefore ordered that plaintiff Zafferine McGilbra has **until** November 11, 2022, to file an amended complaint consistent with the Court's August 16, 2022, screening order.

It is further ordered that McGilbra has **until** November 11, 2022, to file his updated address with the Court.

Plaintiff McGilbra is cautioned that if he does not timely comply with this order, this case will be subject to dismissal without prejudice for failure to state a claim and for failure to follow the Court's order.

The Clerk of the Court is directed to (1) serve this order on McGilbra at the address listed for him with the Court in the ordinary course and (2) electronically send plaintiff McGilbra, #1104799 courtesy copies of this order and the Court's August 16, 2022, screening order (ECF No. 8) and its attachments by sending them to the electronic address listed with the Court for Northern Nevada Correctional Center's law library.

DATED THIS 12th day of October 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE