**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ZAFFERINE AMIT MCGILBRA, | 3:22-cv-00245-ART-CSD |
| Plaintiff, | **ORDER** |
| v. | Re:  ECF No. 45 |
| WASHOE COUNTY, et al., | |
| Defendants. | |

Before the court is Plaintiff's Motion to Stay Interrogatories. (ECF No. 45.)  Defendant has responded to Plaintiff's motion (ECF No. 47) and Plaintiff has replied (ECF No. 49).

Plaintiff requests the court "stay" his responses to Defendant's interrogatories.  Plaintiff claims he has "limited discovery that directly affects the forward movement of this case." (ECF No. 45 at 2.) Further, Plaintiff states he has medical issues that impair his ability to respond and feels overloaded with documents provided by the Defendant. (*Id.*)

Plaintiff's motion does not include the required certification of a good faith attempt to meet and confer.  The court previously discussed the importance of meet and confer requirements at its Case Management Conference on April 18, 2023. (ECF No. 36.) Additionally, the court's Scheduling Order stated the following:

> A. <u>Meet and Confer Requirement</u>: Prior to filing a discovery motion, the parties must first undertake a good faith effort to resolve any dispute among the parties. A discovery motion will not be considered unless the movant has made a good-faith effort to meet and confer with the opposing party before

filing the motion. In order to comply with the meet and confer requirement, an incarcerated party is required to send a written communication to opposing counsel or party explaining, with specificity, the discovery dispute, and a request to hold a telephonic meet and confer session.

B. <u>No Initial Court Involvement</u>: The parties should not send notice of their dispute, their discovery requests, responses, objections, or correspondence regarding disputes to the court unless the parties are unable to first work out their differences among themselves. In that event, such items should be included only as exhibits attached to a motion to compel or a response to such a motion.

C. <u>Contents of Discovery Motion</u>: If the meet and confer efforts are unsuccessful, the party seeking to compel discovery, or a protective order, may file a discovery motion. The motion must include the following: (1) a declaration providing the details and results of the meet-and confer conference about each disputed discovery request; and (2) the full text of each discovery request and disputed response at issue.

(ECF No. 37 at 5.)

Based on the above, Plaintiff's Motion to Stay Interrogatories (ECF No. 45) is **<u>DENIED</u>** without prejudice.

**IT IS SO ORDERED.**

DATED:  July 12, 2023.



UNITED STATES MAGISTRATE JUDGE